AUGUST 26, 2004

No. 04–262 (04A170). ALLRIDGE v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court,

denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.